IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| MIRACLE THOMPSON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 18 CV 2512 |
| ) | |
| FORD OF AUGUSTA, INC. dba ) | |
| EDDY'S FORD OF AUGUSTA, ) | |
| ) | |
| Defendant. ) | |
| ) | |

## DEFENDANT'S MOTION TO DISMISS

COMES NOW the Defendant, pursuant to Fed. R. Civ. P. 12, and respectfully requests that the Court grant its motion to dismiss Plaintiff's claims. In support thereof, Defendant contemporaneously files its memorandum in support herewith.

Respectfully submitted,

s/Aaron J. Good
Aaron J. Good, #25067
Todd E. Shadid, #16615
KLENDA AUSTERMAN LLC
301 N. Main, Ste. 1600
Wichita KS 67202-4816
(316) 267-0331
(316) 267-0315 Fax
agood@klendalaw.com
tshadid@klendalaw.com
*Attorneys for Defendant*

## **REQUEST FOR ORAL ARGUMENT – D. KAN. RULE 7.2**

Defendant requests the Court set this motion for oral argument as the Court's calendar will allow.

## **CERTIFICATE OF SERVICE**

I hereby certify that on October 12, 2018, I electronically filed the foregoing with the clerk of the court by using the CM/ECF system which will send electronic notice of this filing to Plaintiff's counsel. I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to the following non-CM/ECF participants: N/A.

                                                s/Aaron J. Good
                                       Aaron J. Good, #25067