IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| MIRACLE THOMPSON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No. 2:18-cv-02512-JAR-KGG |
| vs. ) | |
| ) | **JOINT STATUS REPORT** |
| FORD OF AUGUSTA, INC. dba ) | |
| EDDY'S FORD OF AUGUSTA, ) | |
| ) | |
| Defendant. ) | |

Pursuant to this Court's July 29, 2020 Status Report Order, Doc. 10, Plaintiff Miracle Thompson ("Plaintiff") and Defendant Ford of Augusta, Inc. dba Eddy's Ford of Augusta ("Defendant") submit this joint status report:

1.  On March 6, 2019, the Court issued an order staying the case pending arbitration. Doc. 9.

2.  Thereafter, the Parties engaged in arbitration with the American Arbitration Association.

3.  On September 20, 2019, the arbitrator issued his final award, concluding arbitration.

4.  The Parties stipulate to the dismissal of this case with prejudice.

Dated: July 30, 2020

Respectfully submitted,

/s/ Anthony LaCroix                    /s/ Todd E. Shadid
Anthony LaCroix                         Todd E. Shadid

1

| | |
|---|---|
| KS Bar No. 24279 | Aaron J. Good |
| 1600 Genessee, Ste. 956 | KLENDA AUSTERMAN |
| Kansas City, MO 64102 | 1600 Epic Center |
| Telephone: (816) 399-4380 | 301 N. Main St. |
| Fax: (816) 399-4380 | Wichita, KS 67202 |
| Email: tony@lacroixlawkc.com | (316) 290-4644 |
| *Lead Counsel for Plaintiff* | (316) 267-0333 Fax |
| | tshadid@klendalaw.com |
| *Co-counsel with Thompson Consumer Law Group, PC* | agood@klendalaw.com |
| | Counsel for Defendant |

**Correspondence Address:**

Thompson Consumer Law Group, PC
5235 E. Southern Ave., D106-618
Mesa, AZ 85206

## CERTIFICATE OF SERVICE

I certify that on July 30, 2020, I filed the foregoing document with the Court using CM/ECF, which will send notification of such filing to all counsel of record.

/s/ Anthony LaCroix
Anthony LaCroix